AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Kenton, Victor B. | **2. Court or Organization**<br><br>U.S. District Court | **3. Date of Report**<br><br>11/18/2013 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge: Full Time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑   Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
255 E. Temple St., Chambers 5100
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 11/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 11/18/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Ameriprise One Financial Account Cash (X) | | None | J | T | | | | | |
| 2.  Oppenheimer Core Bond Fund CLA | A | Dividend | J | T | Buy | 02/24/12 | J | | |
| 3.  General Electric Co | A | Dividend | J | T | | | | | |
| 4.  Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 5.  Government National Mtg. Association (IRA) | A | Interest | J | T | | | | | |
| 6.  Constitution Equity II Limited Partnership | A | Dividend | K | T | | | | | |
| 7.  Ramco-Gershenson | A | Dividend | J | T | | | | | |
| 8.  Retail Properties (formerly-Inland Western Retail RE Trust | A | Dividend | K | T | | | | | |
| 9.  Corporate Property Assoc - Global Real Estate Trust | A | Dividend | K | T | | | | | |
| 10.  COL VP Div Bond Fd CI3 | | None | | | Sold | 01/20/12 | J | A | |
| 11.  COL VP Global Bond Fd CI3 | | None | | | Sold | 01/20/12 | J | A | |
| 12.  COL Gbl Inf Prot CI3 | | None | | | Sold | 01/20/12 | J | A | |
| 13.  COL Dynamic Equity CI3 | | None | | | Sold | 01/20/12 | K | A | |
| 14.  Goldman US Equity | | None | | | Sold | 01/20/12 | K | A | |
| 15.  Goldman VIT Midcap | | None | | | Sold | 01/20/12 | J | A | |
| 16.  Fid VIP Midcap CI 2 | | None | | | Sold | 01/20/12 | J | A | |
| 17.  Wanger USA | | None | | | Sold | 01/20/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 11/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Cap Appr II | | None | | | Sold | 01/20/12 | K | A | |
| 19. VP Partner Small Cap Cl3 | | None | | | Sold | 03/08/12 | J | A | |
| 20. AllBern VPS Intl Val | | None | | | Sold | 01/20/12 | J | A | |
| 21. Col VP Emg Mkt Cl3 | | None | | | Sold | 01/20/12 | J | A | |
| 22. Wanger Intl | | None | | | Sold | 01/20/12 | J | A | |
| 23. Invesco Technology I | | None | | | Sold | 01/20/12 | J | A | |
| 24. Oppenheimer Strat Inc. Cl3 | A | Interest | J | T | Sold (part) | 01/20/12 | J | A | |
| 25. INV Comstock Ser II | | None | | | Sold | 01/20/12 | K | A | |
| 26. Fidelity VIP III MCap | A | Interest | J | T | | | | | |
| 27. Fid VIP Contrafd Cl 2 | B | Interest | J | T | | | | | |
| 28. Royce Micro Cap | A | Interest | J | T | | | | | |
| 29. Fidelity VIP Overseas | A | Interest | J | T | | | | | |
| 30. Riversource Life Ins. Co. RAVA 5 Advantage Variable Annuity | C | Interest | M | T | | | | | |
| 31. Riversource Life Ins. Co RAVA 5 Advantage Variable Annuity | D | Interest | M | T | Buy | 03/09/12 | M | | |
| 32. Riversource Variable Univ. Life IV VP Mod CL2 | D | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenton, Victor B. | 11/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Lines 30 and 31; these annuities are not considered self-directed.

Part VII Line 30; Name description should include the words (formerly Riversource Life Ins. Variable Annuity)

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kenton, Victor B. | 11/18/2013 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor B. Kenton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544